## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD STORY, )<br>   )<br>   Petitioner/Defendant, )<br>   )<br>v. )<br>   )<br>UNITED STATES OF AMERICA, )<br>   )<br>   Respondent/Plaintiff. ) | Case No. 2004-CV-4085-JPG<br>Cr. No. 1994-CR-40003-JPG |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on Story's 28 U.S.C. §2255 motion to vacate, correct or modify sentence, and the Court having dismissed the motion for lack of jurisdiction,

**IT IS ORDERED AND ADJUDGED** that plaintiff Harold Story's motion is **DISMISSED for lack of jurisdiction**.

**DATE: January 9, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans,**
**Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
          **J. PHIL GILBERT**
          **U.S. District Judge**